United States District Court
Southern District of Texas
FILED

JUN 14 2022

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. M-22-0997 |
| JUAN ROJAS | § | |
| JOSE EMMANUEL GONZALEZ | § | |
| also known as "Manny" | § | |

## SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

On or about August 1, 2021, through December 5, 2021, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**JUAN ROJAS**
**and**
**JOSE EMMANUEL GONZALEZ**
**also known as "Manny"**

did willfully and knowingly steal and purloin border wall panels, of a value exceeding $1,000.00 of the goods and property of the United States.

In violation of Title 18, United States Code, Section 641.

A TRUE BILL

FOREPERSON

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

_[signature]_

ASSISTANT UNITED STATES ATTORNEY