U.S. Department of Justice								Criminal Docket
Washington, D.C.
5/24/2022/pg

_____McALLEN_____ Division			CR. No. **M-22-0997**

												RICARDO H. HINOJOSA
**SEALD INDICTMENT**   Filed: June 14, 2022   Judge:
County: Hidalgo
Lions #: **2022R03522**

											Attorneys:
UNITED STATES OF AMERICA						JENNIFER B. LOWERY, UNITED STATES ATTORNEY

v.												COLTON TURNER, ASST. U.S. ATTORNEY

JUAN ROJAS --WARRANT--							Ct. 1
JOSE EMMANUEL GONZALEZ--WARRANT--				Ct. 1
also known as "Manny"

Charge(s):   Ct. 1:   Knowingly stole property belonging to the United States.
                     Title 18, United States Code, Section 641

Total Counts
**(1)**

Penalty:   Ct. 1:   Imprisonment for not more than 10 yrs. and/or a fine not to exceed $250,000 and not more than a 3 yr. SRT

Agency:   DoD Office of the Inspector General - Brandon Lupkey -2021001339

Date											Proceedings